**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| COOSEMANS CHICAGO, INC., et al. ) | |
| ) | |
| Plaintiffs, ) | CIVIL ACTION |
| ) | |
| vs. ) | Case No.: 13-cv-920 |
| ) | |
| PHOENIX PRODUCE COMPANY, et al. ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**JOINT MOTION FOR ENTRY OF CONSENT
JUDGMENT AGAINST DEFENDANT JOHN A. CYSCON, III**

Intervenor Plaintiff Muller Trading Company, Inc. ("*Muller*") and Defendant John A. Cyscon, III ("*John Cyscon*"), hereby move (the "*Motion*") this Court, pursuant to Rule 58 of the Federal Rules of Civil Procedure (the "*Federal Rules*"), for entry of a final consent judgment in favor of Plaintiff and against the Defendant and in support thereof states as follows:

1. On February 5, 2013, Plaintiff Coosemans Chicago, Inc. ("*Coosemans*") filed a civil action against Phoenix Produce Company ("*Phoenix Produce*") and Jason L. Cyscon in the U.S. District Court for the Northern District of Illinois (the "*Court*"). Coosemans later joined John Cyscon as a defendant.

2. Also on February 5, 2013, Muller filed a civil action against Phoenix Produce, Jason L. Cyscon, and John Cyscon for breach of contract and certain violations of the Perishable Agricultural Commodities Act, 7 U.S.C. § 499a *et seq.* (the "*PACA*"), in the Court identified as Case No. 13-cv-00953. The Court subsequently joined that action with the instant action under Case No. 13-cv-00920.

3. On March 29, 2013, Muller filed an intervenor complaint (the "*Intervenor Complaint*") against Phoenix Produce, Jason L. Cyscon, and John Cyscon.

4. Also on March 29, 2013, pursuant to a claims procedure approved by the Court, Muller filed a PACA trust claim in the amount of $242,667.33.

5. Muller has an allowed PACA trust claim of $217,362.78. *See* ECF Nos. 205-1 and 303-1.

6. On March 31, 2014, the Court entered an order approving an interim distribution of PACA trust funds to Muller in the amount of $31,434.49. *See* ECF Nos. 205-1 and 211. Muller received this distribution.

7. On October 6, 2015, the Court entered an order approving a final distribution of PACA trust funds to Muller in the amount of $23,654.54. As of the date of this Motion, Muller has not yet received this distribution.

8. Muller and John Cyscon have agreed to entry of a consent judgment, in the form attached hereto as <u>Exhibit A</u>, in favor of Muller and against John Cyscon in the amount of $162,273.75, representing the amount of Muller's allowed claim less the interim distribution received and the anticipated final distribution.

9. In exchange for the consent judgment against John Cyscon, Muller has agreed to dismiss its claims against Jason L. Cyscon with prejudice.

10. The parties request approval of shortened notice of this Motion in light of the fact that the Court has entered an order approving final distribution of PACA trust assets of Phoenix Produce and in order to allow this Motion to be heard at the next status hearing on October 13, 2015.

**WHEREFORE**, Muller and John Cyscon hereby request that this Court enter (i) judgment in favor of Muller and against John Cyscon on Counts I, II, IV, and V of the Intervenor Complaint in the amount of $162,273.75; (ii) approving shortened notice of this Motion; and (iii) granting such other and further relief as the Court deems proper.

Dated: October 12, 2015                                     Respectfully submitted,

JOHN A. CYSCON, III                                         MULLER TRADING COMPANY, INC.


/s/ Mary E. Gardner                                         /s/ Elizabeth L. Janczak

Mary E. Gardner                                             Elizabeth L. Janczak
Illinois Bar No. 6190951                                    Illinois Bar No. 6302864
MARY E. GARDNER, P.C.                                       FREEBORN & PETERS LLP
P.O. Box 330                                                311 S. Wacker Dr., Suite 3000
West Dundee, Illinois 60118                                 Chicago, Illinois 60606
Telephone: (847) 804-7222                                   Telephone:  (312) 360-6536
Facsimile: (866) 400-0235                                   Facsimile:  (312) 360-6000
megardner@earthlink.net                                     ejanczak@freeborn.com

*Attorney for John A. Cyscon, III*                          *Attorney for the Muller Trading Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing, along with any and all exhibits thereto, if any, was filed and served upon all counsel of record properly registered with the Court's CM/ECF system this 12th day of October 2015.

                                                     /s/ Elizabeth L. Janczak
                                                     Elizabeth L. Janczak, Esq.
                                                     *Attorney for Muller Trading Company, Inc.*